E-FILED
Tuesday, 14 February, 2023  01:57:59 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

~~CENTRAL Southern~~ District of Illinois

SAMUEL DICKERSON

*Petitioner*

(the name under which you were convicted)

v.

JACK Campbell, Sheriff

*Respondent*

(authorized person having custody of Petitioner)

In relation to Case No. 3:22-cv-3184-CSB

)
) Case Number: 23-cv-3035
) :
)
)
)
)

FILED

FEB 13 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a)  Your full name: SAMUEL L DICKERSON

    (b)  Other names you have used:

2.  Place of confinement:

    (a)  Name of institution: SANGAMON COUNTY JAIL

    (b)  Address: #1 Sheriff Plaza, Spfld, IL. 62701

    (c)  Your identification number: 72379

3.  Are you currently being held on orders by:

    ☐ Federal authorities    ☒ State authorities    ☒ Other - explain:

    SANGAMON COUNTY JAIL - IL State Attorney - JACK Campbell

4.  Are you currently:

    ☒ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a)  Name and location of court that sentenced The Circuit Court for the Seventh Judicial Circuit of Ill, 200 S 9th St, Springfield, IL. 62703

    (b)  Docket number of criminal case: 21-CF-829 ; 22-CF-416

    (c)  Date of sentencing: PRE TRIAL DETAINEE

    ☐ Being held on an immigration charge

    ☒ Other *(explain)*: Aggravated Fleeing and Eluding Police and Domestic / Aggravated Battery - Bond has been paid on the Aggravated Fleeing and Eluding in 2021

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☑ Pretrial detention

❏ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
  maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

☑ Other (explain): Bail is Excessive and unwarranted because I live in the community and there is no Order of Protection and I am not a threat to any one in the Community

6.  Provide more information about the decision or action you are challenging.

(a) Name and location of the agency or court: Sangamon County JAIL, #1 Sheriff Plaza Springfield, IL 62701 + Sangamon County Court, 200 S. 9th St, Spfld, IL 62701

(b) Docket number, case number, or opinion number: 22-CF-416

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
I filed Administrative #109946719 on 1-28-2023 and Administrative Grievance # 109958447 at Sangamon County Jail about the bail and medication issues and was threatened for doing so by the Jail Administration

(d) Date of the decision or action: 1-31-2023 - 2-6-2023

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

❏ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes                      ☑ No

(a) If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes                      ☑ No

(a) If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes                    ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❏ Yes                    ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❏ Yes                    ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____    _____
_____    _____
_____    _____
_____    _____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☒ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____    _____

(b)    Date of the removal or reinstatement order: _____    _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☒ No

If "Yes," provide:

(1) Date of filing: _____    _____

(2) Case number: _____    _____

(3) Result: _____    _____

(4) Date of result: _____    _____

(5) Issues raised: _____    _____

_____    _____
_____    _____
_____    _____
_____    _____

(d)    Did you appeal the decision to the United States Court of Appeals

☐ Yes                    ☒ No

If "Yes," provide:

(1) Name of court: _____    _____

(2) Date of filing: _____    _____

(3) Case number: _____    _____

(4) Result: _____    _____

(5) Date of result: _____    _____

(6) Issues raised: _____    _____

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, pplication, or motion about the issues raised in this petition?

☐ Yes          ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petiti n**

13. State every ground (reason) that supports your claim that you are being he d in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have ore than four grounds. State the facts supporting each ground.

**GROUND ONE:** 8th Amendment excessive bail at $50,000 and I am not a threat to anyone or a flight risk therefore I should have a recoginace bond or a reasonable bail set conciderimg the charge and ties to the communty

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I was transported from McFarland Mental Hospital fit to proceed on criminal charges that been pending since 4-30-2022, It's been determined that I am not a threat to myself or others and I am not a flight risk. On 2-6-2023 I made the court and my public defender aware of my eye glasses appointment and that I am not receiving medical treatment in Sangamon County Jail and requested a recoginance bond to seek mental Health treatment in the communty

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☒ No

**GROUND TWO**: 14th Amendment Punishment prior to adjudication of guilt by excessive pretrial detention with denial of medical treatment to force me to plead guilty to charges that I am innocent of under duress of incarceration

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I am being held excessively on a excessively high bond where in I am not being given medication for my mental and physical diseases. I am legally disabled and on SSI and the ADA protect my class and Jamie Riedle, Community Outreach from Memorial Behavior Health, P# 217-725-6501; 217-588-7718 came and interviewed me on 1-31-2023 about getting treatment in the community, but my Public Defender is working to force me to plead guilty under mental, Physical and duress of incarceration

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes               ☐ No

**GROUND THREE**: 1ST Amendment Retaliation and Obstruction from litigation of US District Court Case: 3:22-CY-3184-CSB while in SANGAMON COUNTY JAIL

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I filed a Civil Rights complaint under 42 USC 1983 Case No: 3:22-CY-3184 and since I arrived back at Sangamon county Jail the Administration refuse to give me me my legal documents and religious books. I filed Administrative Grievance #109941461 about the issue and was threatened with segregation on Administrative Grievance #109958447.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes               ☐ No

**GROUND FOUR**: 6th Amendment denial of effective assistance of counsel in a pre-trial Setting. I have never had a pretrial conference with my court appointed attorney on case No: 21-CF-829 or 22-CF-416

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Public Defender Michael Sullivan has never sat down and had a counselatation with me before or after I was transported to McFarland S Mental Hospital on Sangamon County Case No: 22-CF-416 or 21-CF-829, I have been in Jail since 4-30-2022 and I am not aware of the facts and evidence of the States case that justify my pretrial detention

(b) Did you present Ground Four in all appeals that were available to you

☒ Yes               ☒ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did

not:    *There preliminary issues in pre-trial setting*

**Request for Relief**

15. State exactly what you want the court to do:    *I want to have a fair hearing and a immediate? release on my own recognizance or a bond that my family can afford so that I can receive mental and physical treatment at Memorial Behavior Health, located at 710 N. 8th ST, Springfield IL. 62702. My life is in danger in this Jail*

UNDER THE PENALTY OF PERJURY I
DECLARE THE FORGOING TO BE TRUE AND
CORRECT.

2-8-2023

DATE

Samuel Dickerson
SAMUEL DICKERSON
#1 Sheriff Plaza
Springfield, IL 62701